UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SCOTT JOSEPH DELAHOUSSAYE INDIVIDUALLY AND ON BEHALF OF DYLAN JOSEPH DELAHOUSSAYE | CIVIL ACTION<br><br>NUMBER |
| VERSUS | SECTION |
| | MAGISTRATE-JUDGE |
| PISCES ENERGY, L.L.C., PISCES ENERGY MANAGEMENT COMPANY, L.L.C., PALM ENERGY GROUP, L.L.C., PALM ENERGY OFFSHORE, L.LC. PALM ENERGY PARTNERS, L.L.C. | |

_____           _____
**Filed**                                                         **Deputy Clerk**

## COMPLAINT FOR DAMAGES

The complaint of Scott Joseph Delahoussaye, individually and on behalf of his minor child, Dylan Joseph Delahoussaye, residents of the lawful age of majority of Lafayette Parish, Louisiana with respect represents that:

**I.**

Made defendants herein are Pisces Energy, L.L.C, Pisces Energy Management Company, L.L.C., Palm Energy Group, L.L.C., Palm Energy Offshore, L.L.C., Palm Energy Partners, L.L.C. which are indebted unto petitioners for an amount reasonable in the premises, damages, attorneys' fees, punitive damages and all other relief provided by law plus all costs of these proceedings together with legal interest on all amounts from date of judicial demand until paid for the following reasons:

**II.**

At all material times herein, Scott Joseph Delahoussaye, was the biological parent and custodial parent of Dylan Joseph, a minor.

### III.

At all material times herein, Scott Joseph Delahoussaye was employed by Warrior Energy Services and/or Superior Energy Services as a Class II Operator and assigned to work on various oil and gas production facilities in the Gulf of Mexico.

### IV.

At all material times herein, Pisces Energy, L.L.C., and Pisces Energy Management Company, L.L.C., (hereinafter sometimes referred to collectively as "Pisces") and Palm Energy Group, L.L.C., Palm Energy Offshore, L.L.C., and Palm Energy Partners, L.L.C. (hereinafter sometimes referred to collectively as "Palm") were the owners and/or operators of an oil and gas platform situated in the Gulf of Mexico (hereinafter sometimes referred to as "the platform").

### V.

At all material times herein, Pisces and Palm had custody and control of the platform.

### VI.

On or around August 22, 2009, during the course of normal operations on the platform, it became necessary to transfer equipment from the platform, to a vessel standing by at the platform, with the use of the crane on the platform.

### VII.

While making the transfer of the equipment, the crane and/or load struck a piece of pipe causing it to fall and strike Scott Delahoussaye in the head and throwing him across the deck of the vessel.

**VIII.**

As a result of the incident, Scott Joseph Delahoussaye sustained serious personal injuries to, among other things, his head, neck and back which has required medical treatment and will continue to require treatment into the future.

**IX.**

The incident and injuries to Scott Joseph Delahoussaye were caused by the acts and/or omissions of Pisces and/or Palm, including their employees, agents and/or representatives to include but not be limited to the following:

a. Allowing the load of the crane to strike a stationary object;

b. Attempting to handle a load with the crane without all necessary personnel;

c. Failure to design, plan and perform the work in a reasonably safe manner;

d. Failure to observe and adhere to the law, rules and/or regulations applicable to the activity involved;

e. Failure to observe and adhere to the usual custom and usage in the industry applicable to the activity involved;

f. Failure to warn of the impending incident;

g. Failure to warn of unsafe and/or unreasonably dangerous conditions;

h. Failure to properly train and supervise;

i. Failure to provide a safe place to work;

j. Failure to provide a vessel, crew and equipment which were reasonably fit for their intended purpose;

k. Other acts and/or omissions which may be shown at trial of this matter;

**X.**

Pisces and/or Palm are further liable for the actions of their employees, representatives and/or agents acting in the course and scope of their employment/authority at the time of the incident.

**XI.**

Further, petitioners allege that the acts and/or omissions of Pisces and Palm as set out above were wanton, willful or outrageous, thus entitling petitioners to punitive damages as provided by law.

**XII.**

Scott Joseph Delahoussaye itemizes his past, present and future damages to include but not be limited to the following:

    a.    Medical Expenses;

    b.    Loss of earnings and impaired earning capacity;

    c.    Physical pain and suffering;

    d.    Mental anguish and emotional trauma;

    e.    Disability,

    f.    Scarring and disfigurement;

    g.    Loss of enjoyment of life;

    h.    Other damages provided by law or which may be shown at trial of this matter;

**XIII.**

Petitioners have further sustained a loss of consortium including society, services, and personal relations due to the injuries to Scott Joseph Delahoussaye.

**WHEREFORE** petitioner, Scott Joseph Delahoussaye,, individually and on behalf of his minor child, Dylan Joseph Delahoussaye, prays that his Complaint for Damages be duly cited and served on defendants, Pisces Energy, L.L.C., Pisces Energy Management Company, L.L.C., Palm Energy Group, L.L.C. Palm Energy Offshore, L.L.C., and Palm Energy Partners, L.L.C., as the law prescribes, and that after due proceedings had there be judgment herein in his favor and against defendants, jointly, severally and in solido, for an amount reasonable in the premises, damages, attorneys' fees, punitive damages, and all other relief provided by law plus all costs of this proceeding together with legal interest on all amounts from date of judicial demand until paid;

**PRAYS FURTHER** for any and all other relief available;

Respectfully submitted:

**BATEMAN LAW FIRM**

*s/David L. Bateman*
David L. Bateman (LSBA No. 18781)
6010 Perkins Road, Suite A
Baton Rouge, LA   70808
(225) 766-8484 Telephone
(225) 766-8494 Facsimile


**BERNARD & HART**

*s/Barton W. Bernard*
Barton W. Bernard (LSBA No. 23649)
345 Doucet Road
Lafayette, LA  70503
(337) 593-1123 Telephone
(337) 769-1623 Facsimile