UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SCOTT JOSEPH DELAHOUSSAYE INDIVIDUALLY AND ON BEHALF OF DYLAN JOSEPH DELAHOUSSAYE | CIVIL ACTION<br><br>NUMBER   2:10-2624 |
| VERSUS | SECTION   "A" |
| | MAGISTRATE-JUDGE CHASEZ |
| PISCES ENERGY, L.L.C., PISCES ENERGY MANAGEMENT COMPANY, L.L.C., PALM ENERGY GROUP, L.L.C., PALM ENERGY OFFSHORE, L.LC. PALM ENERGY PARTNERS, L.L.C. | |

_____          _____
**Filed**                                                                   **Deputy Clerk**

## ORDER

**IT IS HEREBY ORDERED** that plaintiffs' claims against defendants, Pisces Energy Management Company, L.L.C., Palm Energy Group, L.L.C., Palm Energy Offshore, L.L.C., Palm Energy Partners, L.L.C. only are dismissed, without prejudice, reserving to plaintiffs any and all other rights, claims or causes of action against Pisces Energy, L.L.C.

Thus done and signed in chambers at New Orleans, Louisiana this   8th   day of   December  , 2010.

_____
Honorable Jay C. Zainey
United States District Court

1