UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SCOTT JOSEPH DELAHOUSSAYE INDIVIDUALLY AND ON BEHALF OF DYLAN JOSEPH DELAHOUSSAYE | CIVIL ACTION<br><br>NUMBER   2:10-2624 |
| VERSUS | SECTION   "A" |
| PISCES ENERGY, L.L.C., PISCES ENERGY MANAGEMENT COMPANY, L.L.C., PALM ENERGY GROUP, L.L.C., PALM ENERGY OFFSHORE, L.LC. PALM ENERGY PARTNERS, L.L.C. | MAGISTRATE-JUDGE CHASEZ |

### ORDER

**IT IS HEREBY ORDERED** that plaintiffs' claims against defendant, Crescent Drilling & Production, Inc. only are dismissed, without prejudice, reserving to plaintiffs any and all other rights, claims or causes of action against any other named parties.  Thus done and signed in chambers at New Orleans, Louisiana this 28th day of June, 2011.

_____
Honorable Jay C. Zainey
United States District Court

1