UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SCOTT JOSEPH DELAHOUSSAYE INDIVIDUALLY AND ON BEHALF OF DYLAN JOSEPH DELAHOUSSAYE | * * * | CIVIL ACTION NUMBER: 2:10-2624 |
| VERSUS | * * | JUDGE: Milazzo |
| PISCES ENERGY, L.L.C., PISCES ENERGY MANAGEMENT COMPANY L.L.C., PALM ENERGY GROUP, L.L.C, PALM ENERGY OFFSHORE, LL.L.C., PALM ENERGY PARTNERS, L.L.C. | * * * * * | MAGISTRATE: Chasez |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

CONSIDERING THE FOREGOING Motion to Dismiss without prejudice, and because there is no opposition,

IT IS HEREBY ORDERED THAT plaintiffs' claims against Lexington Insurance Company are hereby dismissed *without* prejudice, reserving plaintiff's rights to prove coverage and collect under this policy should he obtain a judgment against Lexington's insurers and further reserving all rights and defenses of Lexington under the law and under its policy of insurance, each party to bear their own costs.

NEW ORLEANS, LOUISIANA, this __17th__ day of __April__, 2012

_____
UNITED STATES DISTRICT JUDGE