UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SCOTT JOSEPH DELAHOUSSAYE                              CIVIL ACTION

VERSUS                                                 NO: 10-2624

PISCES ENERGY, LLC, ET AL                              SECTION: "H"(5)

### ORDER OF DISMISSAL

The Court having been advised that Crescent Drilling Foreman, Inc. and Richard Boutte have firmly agreed upon a compromise with the Plaintiffs in the above referenced matter,

**IT IS ORDERED** that the claims against Crescent Drilling Foreman, Inc. and Richard Boutte and any pending cross or counter claims are hereby dismissed without costs, but without prejudice to the right upon good cause shown, within sixty (60) days, to seek summary judgment enforcing the compromise if it is not consummated by that time.  During this sixty day period, the Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

COUNSEL ARE REMINDED THAT IF WITNESSES HAVE BEEN SUBPOENAED, <u>EVERY WITNESS</u> MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.

New Orleans, Louisiana, this 17th day of May, 2012.

JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE