UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SCOTT JOSEPH DELAHOUSSAYE | CIVIL ACTION |
| | NO: 10-2624 |
| **Plaintiff** | |
| | SECTION "H" |
| VERSUS | JUDGE JANE TRICHE MILAZZO |
| | |
| PISCES ENERGY, LLC, ET AL | MAGISTRATE: 5 |
| **Defendants** | JUDGE ALMA CHASEZ |

## ORDER OF PARTIAL DISMISSAL

The Court having been advised by counsel that the plaintiff and defendant, Pisces Energy, LLC have settled all claims and firmly agreed upon a compromise in this matter;

**IT IS ORDERED** that this action be and it is hereby dismissed as to plaintiff's claims related to Pisces Energy, LLC, without costs and without prejudice to the right, upon good cause shown, within sixty days, to reopen the action if settlement is not consummated.  In addition, the Court specifically retains jurisdiction to enforce the settlement agreement if settlement is not consummated in sixty days.  See Fed. R. Civ. P. 41(a)(2); *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994); *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002).

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, <u>EVERY</u> <u>WITNESS</u> MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this 12th day of July, 2012.

_____
**JUDGE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**