UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SCOTT JOSEPH DELAHOUSSAYE                               CIVIL ACTION

VERSUS                                                  NO. 10-2624

PISCES ENERGY, LLC, ET AL                               SECTION H(5)

JUDGMENT

For reasons issued in the Court's Findings of Fact and Conclusions of Law entered on November 9, 2012;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that there be Judgment in favor of Plaintiff, Scott Joseph Delahoussaye. The Court finds that Richard Boutte was 85% at fault in causing plaintiffs injuries, and Shalico Andow was 15% at fault in causing Plaintiff's injuries.

Accordingly;

The Court finds that Plaintiff is entitled to recover: $67,528.49 in past medical expenses; $65,000.00 in future medical expenses; $454,296.17 in future wage loss; and $200,000.00 in general damages. This totals $786,824.66. Performance Energy Services, LLC's, as the employer of Shalico Andow, liability is reduced by 85% for the fault of Richard John Boutte. Thus, Plaintiff is entitled to a total amount of $118,023.69 from Performance Energy Services, LLC.

New Orleans, Louisiana, this 13th day of November, 2012.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE